UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| A.S., BY HER NEXT FRIEND AND MOTHER, JANIELE REID, and, JANIELE REID, individually, <br><br> Plaintiff, <br><br> v. <br><br> SHELBY COUNTY BOARD OF EDUCATION, AND, GREG MCCULLOUGH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, <br><br> Defendant. | Case No. 2:19-cv-02056-JTF-cgc |

### MEDIATION ORDER

Pursuant to the mediation requirement set forth by the Court under Local Rule 16.2, the parties are ordered to complete mediation by Friday, December 6th, 2019. The parties are to have present at the mediation, representatives with full settlement authority. The parties must file a report with the Court stating (1) the name of their mediator, (2) the date on which the mediation took place, and (3) the results of the mediation. The parties' mediation report is due on or before Friday, December 6th, 2019, 2019.

A Status Conference is set for Friday, December 6th, at 9:00 a.m.

**IT IS SO ORDERED** on this 4th day of April 2018.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE