S877M-00019

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

A.S., BY HER NEXT FRIEND
AND MOTHER, JANIELE REID,
and, JANIELE REID, individually,

    Plaintiffs,

v.

SHELBY COUNTY BOARD OF EDUCATION,
and, GREG MCCULLOUGH,
in his individual and official capacities,

    Defendants.

Case No.: 2:19-cv-02056-JTF

JURY DEMANDED

_____

## NOTICE OF SERVICE OF DEFENDANTS'
## FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
_____

Notice is hereby given that Defendants, Shelby County Board of Education and Greg McCullough, served their First Requests for Production of Documents upon all parties, pursuant to Rule 34 of the Federal Rules of Civil Procedure, this 28th day of June, 2019.

Respectfully submitted,

LEWIS THOMASON

s/Cheryl Rumage Estes
Chery Rumage Estes (10099)
cestes@lewisthomason.com
Patrick S. Quinn (35293)
pquinn@lewisthomason.com
40 South Main Street, Suite 2900
Memphis, Tennessee 38103
T: (901) 525-8721
F: (901) 525-6722
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing electronically filed document was served upon all counsel of record via the Court's ECF system on today's date.

                s/Cheryl Rumage Estes
                Cheryl Rumage Estes

8916964