# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| A.S., BY HER NEXT FRIEND AND MOTHER, JANIELE REID, and JANIELE REID, individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 2:19-cv-02056-JTF-cgc |
| SHELBY CTY. BD. OF EDUC. and GREG MCCULLOUGH, in his Individual and official capacities, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court is the above-named parties' Joint Motion to Amend Scheduling Order; the Motion was filed on August 16, 2019. (ECF No. 27.) Specifically, the parties request a ninety (90) day extension of time on all remaining deadlines. For good cause shown, the Motion is **GRANTED**.

**IT IS SO ORDERED** this 5th day of September 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge