# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| A.S., BY HER NEXT FRIEND AND MOTHER, JANIELE REID, and JANIELE REID, individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 2:19-cv-02056-JTF-cgc ) |
| SHELBY CTY. BD. OF EDUC. and GREG MCCULLOUGH, in his Individual and official capacities, | ) ) ) ) |
| Defendants. | ) |

## AMENDED SCHEDULING ORDER

Pursuant to the Court granting the parties' Joint Motion to Amend Scheduling Order, the amended deadlines in this case are, in accordance with the parties Proposed Order, as follows:

**COMPLETING ALL DISCOVERY**: February 19, 2020.

    (1) **WRITTEN DISCOVERY**: January 21, 2020.

    (2) **DEPOSITIONS**: February 19, 2020.

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**:

    (a) **DISCLOSURE OF PLAINTIFF'S (OR PARTY WITH BURDEN OF PROOF) RULE 26(a)(2) EXPERT INFORMATION**: December 20, 2019.

    (b) **DISCLOSURE OF DEFENDANT'S (OR OPPOSING PARTY) RULE 26(a)(2) EXPERT INFORMATION**: January 21, 2020.

    (c) **EXPERT WITNESS DEPOSITIONS**: February 19, 2020.

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: March 16, 2020.

**FILING DISPOSITIVE MOTIONS**: April 7, 2020.

**MEDIATION**: November 19, 2019.

**IT IS SO ORDERED** this 5th day of September 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge
