# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| A.S., BY HER NEXT FRIEND ) <br> AND MOTHER, JANIELE RIED, ) <br> and, JANIELE RIED, individually, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> SHELBY COUNTY BOARD OF EDUCATION, ) <br> AND, GREG MCCULLOUGH, ) <br> IN HIS INDIVIDUAL AND OFFICIAL ) <br> CAPACITIES, ) <br> ) <br> ) <br> **Defendants.** ) | Case No.  2:19-cv-02056-JTF-cgc |

## AMENDED MEDIATION ORDER

On September 5, 2019, the Court amended the scheduling order deadlines thereby extending the mediation deadline in this matter until Tuesday, November 19, 2019.  (ECF No. 28.) The parties are to have present at the mediation, representatives with full settlement authority.  The parties must file a report with the Court stating (1) the name of their mediator; (2) the date on which the mediation took place, and (3) the results of the mediation. The parties' mediation report is due on or before November 19, 2019.

**IT IS SO ORDERED** on this 5th day of September 2019.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE